The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                    DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)    ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐    Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

Is this an international arbitration case?   No ☐   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

                         TORTS                                                    ACTIONS UNDER STATUTES

**CONTRACT**          **PERSONAL INJURY**    **PERSONAL INJURY**         **FORFEITURE/PENALTY**   **BANKRUPTCY**              **OTHER STATUTES**
                                             [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE     [ ] 310 AIRPLANE       PHARMACEUTICAL PERSONAL    [ ] 625 DRUG RELATED      [ ] 422 APPEAL              [ ] 375 FALSE CLAIMS
[ ] 120 MARINE        [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY  SEIZURE OF PROPERTY             28 USC 158          [ ] 376 QUI TAM
[ ] 130 MILLER ACT            LIABILITY      [ ] 365 PERSONAL INJURY         21 USC 881           [ ] 423 WITHDRAWAL          [ ] 400 STATE
[ ] 140 NEGOTIABLE    [ ] 320 ASSAULT, LIBEL &    PRODUCT LIABILITY     [ ] 690 OTHER                   28 USC 157                    REAPPORTIONMENT
        INSTRUMENT            SLANDER        [ ] 368 ASBESTOS PERSONAL                                                         [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF   [ ] 330 FEDERAL             INJURY PRODUCT                                                               [ ] 430 BANKS & BANKING
        OVERPAYMENT &         EMPLOYERS'          LIABILITY              **PROPERTY RIGHTS**                                   [ ] 450 COMMERCE
        ENFORCEMENT           LIABILITY                                                                                        [ ] 460 DEPORTATION
        OF JUDGMENT   [ ] 340 MARINE         **PERSONAL PROPERTY**       [ ] 820 COPYRIGHTS                                    [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT  [ ] 345 MARINE PRODUCT                             [ ] 830 PATENT                                                ENCED & CORRUPT
[ ] 152 RECOVERY OF           LIABILITY      [ ] 370 OTHER FRAUD         [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION               ORGANIZATION ACT
        DEFAULTED     [ ] 350 MOTOR VEHICLE  [ ] 371 TRUTH IN LENDING                                                                  (RICO)
        STUDENT LOANS [ ] 355 MOTOR VEHICLE                              [ ] 840 TRADEMARK                                     [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)       PRODUCT LIABILITY                                                    **SOCIAL SECURITY**         [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF   [ ] 360 OTHER PERSONAL [ ] 380 OTHER PERSONAL      **LABOR**
        OVERPAYMENT           INJURY              PROPERTY DAMAGE                                  [ ] 861 HIA (1395ff)        [ ] 850 SECURITIES/
        OF VETERAN'S  [ ] 362 PERSONAL INJURY-[ ] 385 PROPERTY DAMAGE    [ ] 710 FAIR LABOR         [ ] 862 BLACK LUNG (923)            COMMODITIES/
        BENEFITS              MED MALPRACTICE     PRODUCT LIABILITY              STANDARDS ACT     [ ] 863 DIWC/DIWW (405(g))           EXCHANGE
[ ] 160 STOCKHOLDERS                                                     [ ] 720 LABOR/MGMT        [ ] 864 SSID TITLE XVI
        SUITS                                                                    RELATIONS         [ ] 865 RSI (405(g))
[ ] 190 OTHER                                **PRISONER PETITIONS**      [ ] 740 RAILWAY LABOR ACT                             [ ] 890 OTHER STATUTORY
        CONTRACT                             [ ] 463 ALIEN DETAINEE      [ ] 751 FAMILY MEDICAL                                        ACTIONS
[ ] 195 CONTRACT                             [ ] 510 MOTIONS TO          LEAVE ACT (FMLA)          **FEDERAL TAX SUITS**       [ ] 891 AGRICULTURAL ACTS
        PRODUCT               **ACTIONS UNDER STATUTES**  VACATE SENTENCE
        LIABILITY                                 28 USC 2255            [ ] 790 OTHER LABOR       [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE     **CIVIL RIGHTS**       [ ] 530 HABEAS CORPUS               LITIGATION                Defendant)          [ ] 893 ENVIRONMENTAL
                                             [ ] 535 DEATH PENALTY       [ ] 791 EMPL RET INC      [ ] 871 IRS-THIRD PARTY             MATTERS
                      [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER         SECURITY ACT (ERISA)      26 USC 7609         [ ] 895 FREEDOM OF
**REAL PROPERTY**             (Non-Prisoner)                                                                                           INFORMATION ACT
                      [ ] 441 VOTING                                     **IMMIGRATION**                                       [ ] 896 ARBITRATION
[ ] 210 LAND          [ ] 442 EMPLOYMENT     **PRISONER CIVIL RIGHTS**                                                         [ ] 899 ADMINISTRATIVE
        CONDEMNATION  [ ] 443 HOUSING/                                   [ ] 462 NATURALIZATION                                        PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE           ACCOMMODATIONS [ ] 550 CIVIL RIGHTS                APPLICATION                                           APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE &  [ ] 445 AMERICANS WITH [ ] 555 PRISON CONDITION    [ ] 465 OTHER IMMIGRATION
        EJECTMENT             DISABILITIES - [ ] 560 CIVIL DETAINEE              ACTIONS                                       [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND         EMPLOYMENT         CONDITIONS OF CONFINEMENT                                                             STATE STATUTES
[ ] 245 TORT PRODUCT  [ ] 446 AMERICANS WITH
        LIABILITY             DISABILITIES -OTHER
[ ] 290 ALL OTHER     [ ] 448 EDUCATION
        REAL PROPERTY

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION    DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
  UNDER F.R.C.P. 23                  AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                     IF SO, STATE:

DEMAND $_____ OTHER _____  JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO             NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*   **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
    ☐ a. all parties represented
    ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*   **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE ____   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT # ____   Attorney Bar Code # ____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)