```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDNY
DOCUMENT
ELECTRONICALLY
DOC# _____
DATE FILED  12/21/18
```

JIANHUI HU ET AL.,
              Plaintiffs,

    - against -                    17-cv-10161 (JGK)

226 WILD GINGER INC. ET AL.,        ORDER

              Defendants.

**JOHN G. KOELTL, District Judge:**

    For the reasons stated today on the record, the plaintiffs are entitled to a default judgment. The Clerk of Court is directed to close Docket Number 53.

**SO ORDERED.**

Dated:    New York, New York
           December 21, 2018

                                    John G. Koeltl
                                United States District Judge

1