UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JIANHUI HU, et al.,

                Plaintiffs,

     -against-

226 WILD GINGER INC., et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**

17 CV 10161 (JGK) (KNF)



KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The Honorable John G. Koeltl referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against defendants 226 Wild Ginger Inc. d/b/a Wild Ginger, 51 Wild Ginger Inc. d/b/a Wild Ginger, Wild Ginger NY Inc. d/b/a Wild Ginger, Yong Qiu and Shan You Chen a/k/a Hsan Chen, and Fei Chen (collectively "defendants"). Accordingly, IT IS HEREBY ORDERED that an inquest hearing shall be held on January 14, 2020, at 10:00 a.m., in courtroom 228, 40 Centre Street, New York, New York.

       Counsel to the plaintiffs shall be prepared to provide to the Court competent evidence in support of plaintiffs' claims, including evidence, if any, in support of counsel's application for attorney fees. Counsel to the plaintiffs shall serve the defendants with a cop(ies) of this order and file proof of such service with the Clerk of Court. The parties are advised that it is their obligation to provide an interpreter(s) for any testifying witness(es) who may require such assistance.

Dated: New York, New York
         December 17, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE