UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIANHUI HU, ZHISHONG LIU, JINQUAN　　　：
YIN, XING XING AND YAN FENG CHENG,
　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　：
　　　　-against-　　　　　　　　　　　　　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　：
226 WILD GINGER INC. d/b/a WILD GINGER,　　17-CV-10161 (JGK) (KNF)
51 WILD GINGER INC. d/b/a WILD GINGER　：
AND SHAN YOU CHEN,
　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

　　　　The assigned district judge's July 31, 2020 order directed that "[t]he case is recommitted to the Magistrate Judge for further proceedings consistent with this opinion." Docket Entry No. 91. On or before August 31, 2020, the plaintiffs shall file their revised inquest submissions, correcting previous deficiencies and including admissible evidence in support of their request for damages and attorney's fees. The plaintiffs must submit their attorney's fees request supported by admissible evidence at the same time as their revised damages request.

Dated: New York, New York
　　　　August 12, 2020　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　_Kevin Nathaniel Fox_
　　　　　　　　　　　　　　　　　　　　　　KEVIN NATHANIEL FOX
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE