```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JIANHUI HU, ET AL.,

              Plaintiffs,

  - against -

226 WILD GINGER, INC., ET AL.,

              Defendants.

17-cv-10161 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    This Court found that the plaintiffs were entitled to a default judgment against the defendants based on their claims for violations of the Fair Labor Standards Act and the New York Labor Law. The Court referred the matter to Magistrate Judge Fox for an inquest on damages. Magistrate Judge Fox issued a thorough and detailed Report and Recommendation on October 7, 2020, recounting the history of this case and recommending that Judgment be entered in favor of the plaintiffs and against the defendants in the amounts described in the Report and Recommendation, including an award of attorney's fees and costs. No Objections were filed and the time for filing Objections has now passed. In any event, the Court finds that the Report and Recommendation are well-reasoned and should be adopted. Therefore, the Report and Recommendation are adopted.

    The Clerk is directed to enter Judgment in favor of the plaintiffs and against the defendants in the amounts detailed in

the Report and Recommendation. The Clerk is also directed to close this case and to close all pending motions.'

**SO ORDERED.**

Dated:   New York, New York
         October 27, 2020

                                             John G. Koeltl
                                          United States District Judge

2