**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JIANHUI HU, ET AL.,
\

                Plaintiffs,                17 **CIVIL** 10161 (JGK)

   -against-                        **JUDGMENT**

226 WILD GINGER, INC., ET AL.,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 27, 2020, Magistrate Judge Fox's Report and Recommendation are adopted, no objections were filed and the time for filing objections has now passed; judgment is entered in favor of plaintiffs and against defendants as follows: (1) $101,252.10 to Hu, $152,089.17 to Liu, $109,872.44 to Yin, $13,372.71 to Xing and $169,245.47 to Cheng; and (2) the plaintiffs' motion for attorney's fees, Docket Entry No. 95, is granted, and $71,047.50 is awarded in attorney's fees and $1,165.57 in expenses, accordingly, this case is closed.

**Dated:**  New York, New York
          October 28, 2020

                                                **RUBY J. KRAJICK**
                                             _____
                                               Clerk of Court
                                      **BY:**
                                                   Deputy Clerk